■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. WOODS, Appellant. [610 NYS2d 910] —Judgment unanimously affirmed. Memorandum: By pleading guilty, defendant forfeited his right to appellate review of the alleged violation of his statutory right to appear and testify before the Grand Jury *(see, People v Smith,* 168 AD2d 915, 916, *lv denied* 77 NY2d 911; *see also, People v Taylor,* 65 NY2d 1; *People v*

*Wheeler,* 176 AD2d 1133, *lv denied* 79 NY2d 924; *People v Kehn,* 132 AD2d 778, *lv denied* 70 NY2d 800). (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Fallon and Davis, JJ.